UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT CO.

Plaintiff(s) Felisetas Parker

v. Social Security Administration
District Office of Woodridge, IL

Defendant(s)

Case No.

08CV3142
JUDGE KENDALL
MAG. JUDGE VALDEZ

## COMPLAINT

On 11-15-07 around 2:38pm, I went to get another SS card my husband & I when they called me #Akel, Mr Eduardo Saltijeral was my agent I sat he asked for my application I reached to give it to him as I reach to give application the chair flipped forward then back the chair hits my back & I fell to the floor and injured my spine & tailbone & head

Felisetas Parker
5-30-08