MHN

X Felisetas Parker

5-30-08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
6-3-2008
JUN 03 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Felisetas Parker
Plaintiff(s)

Social Security
Administration
Defendant(s)

Case No. 08CV3142
Judge Kendall
Magistrate Judge Valez

Proof of Injury

Eduardo Saltijeral the agent sat before me the time of the injury, Also a surviellence camera was right on me as I looked up. I was so glad. The tape needs to be Subpoena, at the time of my court case. I will bring every bill the same one's I issued Social Security. IS you need them now let me know. My husband was there, and the paramedics said they would testify also is needed. I spoke with them & they remembered me well I have a report also from them. Because it was denied with so much proof with the agent & surviellence camera I am so hurt America does not use evidence for justice. The SS in Woodridge even changed all those chairs and took them out. Why? They knew it was not safe, yet they say, "We can't do it sorry" I want justice.

**Advocate Good Samaritan Hospital**
**Emergency Medical Services System**
**PREHOSPITAL CARE REPORT**

## Darien - Woodridge FPD 614

Incident Date: 11/15/2007     Incident #: 07-2308     Patient #: 1/1

### Patient Information

**Name:** Parker, Felistas
**Address:** 16 W 540 Lake Drive
, 60527

**Age:** 46 Years
**Gender:** Female
**Weight:** KG

**D.O.B:** 09/11/1961
**Phone:** (630)850-9302

### Incident Details

**Dispatch:** Fall Victim
**Response:** 911 Response
**Location:** Public Building / Facility
**Address:** 7440 Providence
Woodridge, IL  60517

### Incident Disposition

**Disposition:** BLS Treat / Transport
**Destination:** Good Samaritan Hospital

### Incident Times

**Dispatched:** 14:33
**Enroute:** 14:35
**At Scene:** 14:39
**At Patient:** 14:39
**Depart Scene:** 14:50
**Arrive Dest:** 15:02
**In Service:** 15:12

### EMS Crew

| Crew Member | License Level | Role |
|---|---|---|
| Tunk, Jamie   (JT) | EMT-Paramedic | Primary Caregiver |
| Baran, Erik   (EB) | EMT-Paramedic | Secondary Caregiver |
| Tabisz, John   (JT) | EMT-Paramedic | Fire Company |
| Phillips, Vince   (VP) | EMT-Paramedic | Fire Company |

### Narrative

Called to the above location for the fall victim. Upon our arrival we found a 46 yo female who, while sitting in a chair, had the chair slide from under her. Pt landed on her butt. She was lying flat on the floor when we found her. She stated that her pain was in her tailbone and her lower back. Pain rated a 10 out of 10. Pt had no LOC . AOX3. C-collar placed on the pt, pt moved to the backboard her back was checked for injury, secured pt and moved to the cot. Once in the ambulance, vitals taken, pt had feeling in her feet and had full mobility, called Good Samaritan Hospital with report and no instructions given. Pt transferred to GSH ER 23 and care given to the nurse.

### Patient Condition

**Chief Complaint:** back and tailbone pain
**Secondary Complaint(s):**

**Primary Symptom**
Pain in Back

**Other Associated Symptoms**

### Provider Impression

**Primary Impression**
Pain

**Secondary Impression**

**MEDICATION ALLERGIES**
Penicillin (Penicillin)

**Environmental Allergies**
Not Applicable

**Patient Medications**
Dilantin

**Medical / Surgery History**
Seizure Disorder/Failure

**Hx Primarily Obtained From**
Family

---

Incident Date: 11/15/2007     Patient Name: Parker, Felistas     Darien - Woodridge FPD     Page: 1
Incident #: 07-2308     Call #: 07-2308     Record Last Updated: 11/15/2007, 17:04

08CV3142
Judge Kendall & Magistrate Valdez

## Assessment Exam

14:39 **Mental Status:** Oriented-Person, Oriented-Place, Oriented-Time, Oriented-Events, *mental status*, ; **Neuro:** Normal Gait / Movement, *neurological*, ; **Skin:** Normal, *skin*;

## Patient Vitals

| Time | B/P | P | Rhythm | R | Effort | SpO2 | FiO2 | GCS | Pain | CSS | PTA B.G. | Patient Position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14:50 | 146/80 | 100 | RR | 20 | Normal | | | 15 | 10/10 | | | Supine |

## ECG Monitor

| Time | ECG Type | ECG Lead | ECG Interpretation | ECG Ectopy | Cause For Change |
|---|---|---|---|---|---|

## Procedures and Treatments

| Time | Crew | Name | Location | Size | Attempts | Response | Success | Comments |
|---|---|---|---|---|---|---|---|---|

## Intubation Confirmation - Initial/Final

| Time | Size | Depth | Lung Sounds | Chest Rise | EDD | Abdomen | Tube Misting | ETCO2 | Secured By |
|---|---|---|---|---|---|---|---|---|---|

## Medication Administered

| Time | Crew | Medication | Route | Dosage | Response | PTA | Comments |
|---|---|---|---|---|---|---|---|

## Patient Transport/Positioning

| Patient Moved To Ambulance | Patient's Position In Transport | Patient Moved From Ambulance |
|---|---|---|
| Stretcher | Supine | Stretcher |

| Injury Onset | Injury Cause | Injury Mechanism | Injury Intent | Ht. of Fall |
|---|---|---|---|---|
| 15:12 | Falls | Blunt | Accidental / Unintentional | 2 |

## Crew Signature

Signature

Printed Name   Jamie Tunk                                   Date   11/15/2007