UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELISETAS PARKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  08 C 3142 |
| v. ) | |
| ) | Judge Kendall |
| SOCIAL SECURITY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Amanda A. Berndt
     AMANDA A. BERNDT
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-1413
     amanda.berndt@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

      **ATTORNEY DESIGNATION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on September 3, 2008, to the following non-ECF filers:

    Felisetas Parker
    16 West 540 Lake Drive 9-208
    Willowbrook, IL 60527

      s/ Amanda A. Berndt
      AMANDA A. BERNDT
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois
      (312) 353-1413
      amanda.berndt@usdoj.gov