**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Felisetas Parker | 08 C 3142 |
| DEFENDANT | TYPE OF PROCESS  WAIVER |
| Social Security Administration | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Social Security Administration - Commissioner Michael J. Astrue

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Windsor Park Building   6401 Security Blvd.   Baltimore, MD   21235

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Felisetas Parker
16 W. 540 Lake Drive - #9-208
Willowbrook, IL   60527

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
ON
SEP X 2 2008
Sep X 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE  08-07-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 3 | 24 | 24 | R.T. | 08-07-08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Received receipt of Certified mail delivery (green card)

Date of Service: 08/12/08   Time: _____ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS:
Mailed Waiver and S/C on August 6, 2008.   Certified Mail No.: 7007 0710 0000 9548 4916
Mailed by R.W.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael J. Astrue, Commissioner
   Social Security Administration
   Windsor Park Building
   6401 Security Blvd.
   Baltimore, MD    21235

   ATTN:  Legal Counsel

   CASE:  08 C 3142

2. Article Number
   (Transfer from service label)

   7007 0710 0000 9548 4916

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X SOCIAL SECURITY ADMINISTRATION
     BALTIMORE, MARYLAND 21235
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery  AUG 1 2 2008

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   FILED
   JN
   SEP X 2 2008
   Sep 2, 2008
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE
CHICAGO IL 606
15 AUG 2008 PM 6

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box

   United States Marshals Service
   Northen District of Illinois
   219 South Dearborn Street - Room 2444
   Chicago, IL   60604

   ATTN:  Civil Division

   CASE:  08 C 3142